**No. 64600.**—S. Stern Henry Co. *v.* United States, protests 59/27843, 59/28128, and 59/33830 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiff was sustained.